Query   Reports   Utilities   Help   What's New   Log Out

**CLOSED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-06322-DUTY All Defendants

Case title: USA v. Bregman

Date Filed: 12/12/2023

Other court case number: 8:23cr86 District of Nebraska

Date Terminated: 12/12/2023

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Adam Ross Bregman**
REG 90970-510
*TERMINATED: 12/12/2023*

represented by **Ijeoma Uchechi Eke**
Federal Public Defender's Office
321 East 2nd Street
Los Angeles, CA 90012-4206
213-894-3107
Fax: 213-894-0081
Email: ijeoma_eke@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/12/2023 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Adam Ross Bregman, originating in the District of Nebraska. Defendant charged in violation of: 21:846. Signed by agent K Sath, USMS, DUSM. USA. (mhe) (Entered: 12/14/2023) |
| 12/12/2023 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Adam Ross Bregman; defendants Year of Birth: 1980; date of arrest: 12/12/2023 USMS# REG 90970-510 (mhe) (Entered: 12/14/2023) |
| 12/12/2023 | 3 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Adam Ross Bregman (mhe) (Entered: 12/14/2023) |
| 12/12/2023 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Charles F. Eick as to Defendant Adam Ross Bregman. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Ijeoma Uchechi Eke for Adam Ross Bregman, Deputy Federal Public Defender, present appointed for this hearing only. Government moves to unseal entire case: Granted. Court orders bail set as: Adam Ross Bregman (1) $250,000 Appearance Bond, see attached for terms and conditions. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Nebraska. Bond to Transfer. Defendant ordered to report on 1/3/24 at 10:30am unless notified by AUSA. Defendant is not to be transported so he fulfill obligations and bond by 12/18/23. (mhe) (Entered: 12/14/2023) |
| 12/12/2023 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Adam Ross Bregman. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 12/14/2023) |
| 12/12/2023 | 6 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS filed by Defendant Adam Ross Bregman (mhe) (Entered: 12/14/2023) |
| 12/12/2023 | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Adam Ross Bregman. (mhe) (Entered: 12/14/2023) |
| 12/12/2023 | 8 | SEALED Defendant Adam Ross Bregman arrested on warrant issued by the USDC District of Nebraska at Omaha. (Attachments: # 1 Charging Documents)(mhe) (Entered: 12/14/2023) |

| | | | |
|---|---|---|---|
| 12/12/2023 | 9 | | WAIVER OF RIGHTS approved by Magistrate Judge Charles F. Eick as to Defendant Adam Ross Bregman. (mhe) (Entered: 12/14/2023) |
| 12/12/2023 | 10 | | DECLARATION RE: PASSPORT filed by Defendant Adam Ross Bregman, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 12/14/2023) |
| 12/12/2023 | 11 | | MINUTES OF IN CHAMBERS MANDATORY RULE 5(f) ORDER by Magistrate Judge Charles F. Eick as to Defendant Adam Ross Bregman (mhe) (Entered: 12/14/2023) |
| 12/12/2023 | | | Notice to District of Nebraska of a Rule 5 or Rule 32 Initial Appearance as to Defendant Adam Ross Bregman. Your case number is: 8:23cr86. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 12/14/2023) |