FILED

2023 DEC 12 AM 10: 05

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___Tv___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER | MJ 23-06322 |
|---|---|---|
| PLAINTIFF(S) | 8:23CR86 | |
| v. | | |
| ADAM ROSS BREGMAN | **DECLARATION RE OUT-OF-DISTRICT WARRANT** | |
| DEFENDANT(S). | | |

The above-named defendant was charged by: Superseding Indictment
in the _____ District of Nebraska on 11/14/23
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 846
to wit: _____

A warrant for defendant's arrest was issued by: DENISE M. LUCKS, CLERK OF THE COURT

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/12/23
                  Date

*[signature]*
Signature of Agent

K. Sath
Print Name of Agent

US Marshals Service
Agency

Deputy US Marshal
Title

---

CR-52 (03/20)                     DECLARATION RE OUT-OF-DISTRICT WARRANT