| Submit this form by e-mail to: | FILED |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty. | |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty. | 2023 DEC 12 AM 10:05 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BY: TV

| UNITED STATES OF AMERICA V. PLAINTIFF | CASE NUMBER: 8:23CR86 |
|---|---|
| ADAM ROSS BREGMAN USMS# 90970-510 DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

MJ 23-06322

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/12/23 at ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 USC 846, 18 USC 1956(a)(1)(B)(i), 18 USC 1956(h)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☐ Yes Language: _____

7. Year of Birth: 1980

8. Defendant has retained counsel: ☐ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: K. Sath (please print)

12. Office Phone Number: 213-620-7676

13. Agency: US Marshals Service

14. Signature: _____

15. Date: 12-12-2023

CR-64 (09/20) REPORT COMMENCING CRIMINAL ACTION