IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ADAM ROSS BREGMAN,<br><br>                Defendant. | **8:23CR86**<br><br>**ORDER** |

      **THIS MATTER** is before the court on the motion of James R. Kozel to withdraw as counsel for the defendant, Adam Ross Bregman (Filing No. 160). Howard M. Srebnick has filed an entry of appearance as retained counsel for Adam Ross Bregman. Therefore, James R. Kozel's motion to withdraw (Filing No. 160) will be granted.

      James R. Kozel shall forthwith provide Howard M. Srebnick any discovery materials provided to the defendant by the government and any such other materials obtained by James R. Kozel which are material to Adam Ross Bregman's defense.

      The clerk shall provide a copy of this order to Howard M. Srebnick.

      **IT IS SO ORDERED.**

      Dated this 17th day of January, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge