# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ADAM BREGMAN,<br><br>                Defendant. | CASE NO. 23-CR-00086-BCB-SMB<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the second superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the second superseding indictment.

_Adam Bregman AB_   _2/28/24_
Defendant, Adam Bregman          Date

_Howard Srebnick_   _2/28/24_
Howard Srebnick          Date
Attorney for Defendant, Adam Bregman

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __29__ day of __February__, 20__24__.

BY THE COURT:

_Susan M Bazis_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT