# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ADAM BREGMAN,<br><br>        Defendant. | CASE NO.   23-CR-86<br><br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)   The defendant affirms receiving a copy of the third superseding indictment;

(2)   The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)   The defendant pleads not guilty to all counts of the third superseding indictment.

_Adam Bregman_                4/17/2025
Defendant                                                Date

_A Swagg_                   April 17, 2025
Attorney for Defendant                  Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this _____ day of _____, 20__.

_4/17/2025_                      BY THE COURT:

                                               _____
                                               MAGISTRATE JUDGE
                                               UNITED STATES DISTRICT COURT