

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | 05/13/2025 |
| U.S. v. DAVID LEIDERMANN, ERIC THIBODO, EVAN BOWEN, DAVID KYLE BOESE, ADAM ROSS BREGMAN, GABRIEL R. COLINDRES, JUSTIN GARRINGER, MICHAEL GARRINGER, RICHARD WESLEY MARSHALL, TYLER JOHN WITTEMAN, MICHAEL J. KONIOR, ERIC CHA, and CHRIS SCHMITT; 8:23CR86 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA Thomas Kangior |

Be advised that the above named Defendants are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Judge case

☐ Unseal the Magistrate Judge case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Judge case but the underlying Complaint and Affidavit should remain **Restricted**