IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LEIDERMANN, et al.,<br><br>Defendants,<br><br>and<br><br>GERALD CASALE,<br><br>Petitioner. | 8:23CR86<br><br>JOINT STIPULATION |

The United States of America and Petitioner Gerald Casale, by and through their respective counsel (collectively, "the Parties"), and with the intent to be legally bound, hereby stipulate and agree as follows:

**1.** On March 18, 2025, the United States filed a Third Superseding Indictment against the defendants which included a forfeiture allegation pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1).

**2.** Following a change of plea and/or a conviction of each defendant, the government submitted, or will submit, a Preliminary Order of Forfeiture to the Court as to all the assets listed in the Forfeiture Allegation of the Third Superseding Indictment.

**3.** The Parties acknowledge that any interest asserted by persons other than the defendants in the assets listed in the Forfeiture Allegation of the Third Superseding Indictment must be adjudicated exclusively through the ancillary proceeding after all criminal proceedings have concluded as set forth in 21 U.S.C. § 853(n) and Rule 32.2(c).

4. Pursuant to 21 U.S.C. § 853(n)(1), the United States has commenced the required publication of notice of forfeiture and provided direct written notice to known potential claimants.

5. Petitioner Gerald Casale has filed an ancillary petition asserting an interest in certain property subject to forfeiture in this case pursuant to 21 U.S.C. § 853(n).

6. The Parties stipulate and agree that any and all ancillary proceedings, including hearings on any third-party petitions, shall be stayed until the conclusion of the criminal proceedings as to all defendants.

7. The Parties further stipulate and agree that, following completion of the statutory publication process and expiration of all applicable deadlines for filing petitions, the "universe" of all potential third-party claimants will be known.

8. Once the universe of potential third-party claimants has been established, it is the intention of the Parties to conduct a settlement conference in good faith to explore resolution of ancillary claims without the need for ancillary hearings, subject to Court approval.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney

By:   s/ Kimberly C. Bunjer
      KIMBERLY C. BUNJER, #20962
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE 68102-1506
      Tel: (402) 661-3700
      Fax: (402) 345-5724
      E-mail: kim.bunjer@usdoj.gov

                LAW OFFICE OF ERIC HONIG
                A Professional Law Corporation

By:   s/ Eric Honig
       ERIC HONIG – CA Bar. No. 140765
       Attorney for Petitioner Gerald Casale
       P.O. Box 10327
       Marina del Rey, CA 90295
       erichonig@aol.com
       (Tel) 310-699-8051
       (Fax) 310-943-2220

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on February 4, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Parties of record.

                s/ Kimberly C. Bunjer
                KIMBERLY C. BUNJER
                Assistant U.S. Attorney