IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br><br>            vs.<br><br><br>ADAM ROSS BREGMAN,<br><br>                    Defendant. | **8:23-CR-86**<br><br><br><br>**ORDER** |

This matter is before the Court on the Government's Motions to Extend. Filing 670; Filing 683. The Government seeks additional time to file its response to defendant Adam Ross Bregman's pretrial motions: a Motion to Suppress (Filing 610); a Motion to Suppress (Filing 615); a Motion to Dismiss for Duplicity or Alternatively, for a Bill of Particulars and Election and Motion to Dismiss for Improper Venue (Filing 618); a Motion to Compel Discovery (Filing 620); and a Motion to Dismiss Indictment as Barred by Statute of Limitations and for Selective Prosecution (Filing 622). Both Motions to Suppress and the Motion to Compel Discovery have been referred to United States Magistrate Judge Ryan C. Carson, and Judge Carson has granted the Government's request for an extension. Filing 673; Filing 685. The Court will likewise grant the Government's request for an extension as to the two Motions to Dismiss. Accordingly,

IT IS ORDERED that the Government's Motions to Extend, Filing 670 and Filing 683, are granted as to the defendant's two Motions to Dismiss, Filing 618 and Filing 622. The Government shall file its response brief in opposition to the defendant's Motions at Filing 618 and Filing 622 on or before February 27, 2026.

Dated this 10th day of February, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge