IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

ADAM ROSS BREGMAN,

              Defendant.

**8:23CR86**


**ORDER**

    The Defendant's Unopposed Motion to Continue the Motion to Suppress Hearing set for May 13, 2026 (Filing No. 826) is granted. Defendant's Motions to Suppress (Filing Nos. 610 & 615) are rescheduled for hearing before the undersigned magistrate judge at **9:00 a.m. on May 21, 2026**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    Counsel are reminded of the requirements of NECrimR 12.6 which provides as follows:

> **Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
>
>     (a)    **Witnesses.** At the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
>
>     (b)    **Exhibits.** At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge. Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

    This being a criminal case, defendant must be present unless otherwise ordered by the court.


    Dated this 29th day of April, 2026.

                        BY THE COURT:

                        s/ Ryan C. Carson
                        United States Magistrate Judge