IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ADAM ROSS BREGMAN,<br>Defendant. | **8:23-CR-86**<br><br>**ORDER** |

This matter is before the Court on defendant Adam Ross Bregman's Motion to Extend Deadline to File Objections to Findings and Recommendation (DE#913). Filing 915. The defendant seeks additional time to file objections to United States Magistrate Judge Ryan C. Carson's Findings and Recommendation on two motions to suppress filed by the defendant. Filing 913. Judge Carson recommends that both of the defendant's motions be denied in their entirety. Filing 913 at 27. Pursuant to the Court's local rules, the defendant has 14 days from July 17, 2026, the day Judge Carson filed the Findings and Recommendation, to file any objections. *See* NECrimR 59.2. The defendant requests that the Court extend his deadline from July 31, 2026, to August 31, 2026, because the defendant's attorneys "are currently engaged in preparing for a multi-day evidentiary hearing on a complicated motion to suppress that is scheduled to proceed on July 29 and July 30, 2026, in the Southern District of Florida." Filing 915 at 1–2. Defense counsel further represents that they will need to "devote substantial time to thoroughly review the Findings and Recommendation" because it is "lengthy (28-pages)" and because it "resolve[s] two motions with separate and distinct issues." Filing 915 at 2. The Court finds good cause to grant the defendant's motion. Accordingly,

IT IS ORDERED that defendant Adam Ross Bregman's Motion to Extend Deadline to File Objections to Findings and Recommendation (DE#913), Filing 915, is granted. The defendant shall have up to and including August 31, 2026, to file objections to the magistrate judge's Findings and Recommendation, Filing 913.

Dated this 29th day of July, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge