IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ADAM ROSS BREGMAN,<br>Defendant. | **8:23-CR-86**<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO EXTEND** |

This matter is before the Court on the Government's Motion to Extend, Filing 961, which requests an extension of 14 days to respond to the defendant's Objection to the Magistrate Judge's Findings and Recommendation, Filing 943. Filing 913 (Findings and Recommendation). The Government's motion indicates that the defendant does not have an objection to the Government's motion. Filing 961 at 1. The Court grants the Government's motion and specifically directs the Government to respond to the defendant's request for supplemental evidentiary hearing in addition to any objections raised by the defendant. The Government's response is due no later than Friday, October 9, 2026, at 5:00 p.m. (CST).

Pursuant to federal statute, "[a]ny period of delay resulting from a continuance granted by any judge on his own motion or at the request of the defendant or his counsel . . . on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" "shall be excluded in computing time" for purposes of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice will be served by extending the deadline and this outweighs the interest of the public and defendants in a speedy

trial. 18 U.S.C. § 3161(h)(7)(A). The Court makes this conclusion for the reasons outlined in the Government's motion and the need of the Court to receive a complete response from the Government. Additionally, the Court concludes the ends of justice require this extension given this Court's directive that the United States specifically respond to the request by Defendant that a supplementary evidentiary hearing take place as to the credibility of Agent Allrich. Filing 943 at 22–24; 18 U.S.C. § 3161(h)(7)(A).

IT IS ORDERED:

1. The Government's Motion to Extend, Filing 961, is granted;
2. The Government is directed to file its response no later than Friday, October 9, 2026.

Dated this 25th day of September, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge